# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report    AS TO LAURIE

In Re: TERRANCE D. ALLEN -DISM AS TO ALLEN ONLY & LIANE L. ALLEN -CONV    Case Number 06-72179
P.O. BOX 5504                                                               SSN-xxx-xx-4498 & xxx-xx-9863
ELGIN, IL 60121-5504

Case filed on:      11/20/2006
Plan Confirmed on:

U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan: $6,659.39        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 028 | AMY A ARONSON | 1,000.00 | 1,000.00 | 1,000.00 | 0.00 |
|  | Total Administration | 1,000.00 | 1,000.00 | 1,000.00 | 0.00 |
| 000 | MATUSZEWICH, KELLY & MCKEEVER, LLP | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | TERRANCE D. ALLEN -DISM AS TO ALLEN ONLY | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | TERRANCE D. ALLEN -DISM AS TO ALLEN ONLY | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | ELGIN CITY EMPLOYEES CU | 13,539.86 | 13,539.86 | 4,561.82 | 671.37 |
|  | Total Secured | 13,539.86 | 13,539.86 | 4,561.82 | 671.37 |
| 002 | ELGIN CITY EMPLOYEES CU | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | ELGIN CITY EMPLOYEES CU | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | OPTION ONE MORTGAGE | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | BOONE COUNTY TREASURER | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | ADVANCED CARDIOLOGY CONSULTANTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | JEFFERSON CAPITAL SYSTEMS, LLC | 1,246.68 | 1,246.68 | 0.00 | 0.00 |
| 008 | CAPITAL ONE | 1,063.29 | 1,063.29 | 0.00 | 0.00 |
| 009 | SALLIE MAE GUARANTEE SERVICES INC | 50,040.56 | 50,040.56 | 0.00 | 0.00 |
| 010 | CITY OF CHICAGO DEPARTMENT OF REVENUE | 700.00 | 700.00 | 0.00 | 0.00 |
| 011 | DELL FINANCIAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | ELGIN CARDIAC SURGERY, S.C. | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | ELGIN CITY EMPLOYEES CU | 11,538.94 | 11,538.94 | 0.00 | 0.00 |
| 014 | ELGIN CITY EMPLOYEE CREDIT UNION | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | ELGIN CITY EMPLOYEES CU | 9,310.82 | 9,310.82 | 0.00 | 0.00 |
| 016 | ELGIN CITY EMPLOYEE CREDIT UNION | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | HOUSEHOLD ARBOR | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | MACYS | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | NAAVARRETE PONTIAC GMC | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | NEXTEL COMMUNICATIONS INC | 2,249.44 | 2,249.44 | 0.00 | 0.00 |
| 021 | ROOSEVELT UNIVERSITY | 3,189.85 | 3,189.85 | 0.00 | 0.00 |
| 022 | SALLIE MAE INC/UNITED STUDENT AID FUNDS | 4,795.20 | 4,795.20 | 0.00 | 0.00 |
| 023 | UNITED ANESTHESIA ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | CAPITAL ONE | 1,296.94 | 1,296.94 | 0.00 | 0.00 |
| 025 | SALLIE MAE INC/UNITED STUDENT AID FUNDS | 4,311.55 | 4,311.55 | 0.00 | 0.00 |
| 026 | SALLIE MAE INC/UNITED STUDENT AID FUNDS | 3,588.05 | 3,588.05 | 0.00 | 0.00 |
| 027 | AFNI/VERIZON | 163.17 | 163.17 | 0.00 | 0.00 |
|  | Total Unsecured | 93,494.49 | 93,494.49 | 0.00 | 0.00 |
|  | Grand Total: | 108,034.35 | 108,034.35 | 5,561.82 | 671.37 |

Total Paid Claimant:       $6,233.19
Trustee Allowance:           $426.20
Percent Paid Unsecured:        0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

Lydia S. Meyer, Trustee    SIGNATURE NOT VALID ON CHECKS

## United States Bankruptcy Court
### of the
### Northern District Of Illinois
### Western Division

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL on SEP 27 2007    By _/s/ Heather M. Fagan_