# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: SUSIE L. HILL                                       Case Number: 06-72124
5274 NOTTINGHAM DRIVE           SSN-xxx-xx-1055
LOVES PARK, IL  61111

Case filed on: 11/14/2006
Plan Confirmed on: 2/16/2007

D Dismissed

Total funds received and disbursed pursuant to the plan: $2,700.00      Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 000 | BALSLEY & DAHLBERG LLP | 2,200.00 | 2,200.00 | 1,073.40 | 0.00 |
|  | Total Legal | 2,200.00 | 2,200.00 | 1,073.40 | 0.00 |
| 018 | SHAPIRO & KREISMAN | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | SUSIE L. HILL | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | ELITE MOTORS | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | OCWEN LOAN SERVICING LLC | 3,614.12 | 3,614.00 | 0.00 | 0.00 |
| 003 | OPTION ONE MORTGAGE CORPORATION | 4,811.14 | 4,811.14 | 0.00 | 0.00 |
| 004 | WINNEBAGO COUNTY CLERK | 3,900.00 | 3,900.00 | 185.84 | 191.18 |
| 020 | BROOKE ROAD AUTO | 7,320.00 | 7,230.00 | 1,087.16 | 0.00 |
|  | Total Secured | 19,645.26 | 19,555.14 | 1,273.00 | 191.18 |
| 005 | ACTION CARD | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | RECOVERY MANAGEMENT SYSTEMS CORPORATION | 495.87 | 495.87 | 0.00 | 0.00 |
| 007 | BOYAJIAN LAW OFFICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | COMMONWEALTH EDISON COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | CREDITOR SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | CREDITORS PROTECTION SERVICE, INC | 102.50 | 102.50 | 0.00 | 0.00 |
| 011 | ECAST SETTLEMENT CORPORATION | 2,899.36 | 2,899.36 | 0.00 | 0.00 |
| 012 | K&M TITLE CO. | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | RECOVERY MANAGEMENT SYSTEMS CORPORATION | 330.70 | 330.70 | 0.00 | 0.00 |
| 014 | ROCKFORD CLINIC | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | ROCKFORD MERCANTILE AGENCY INC | 90.00 | 90.00 | 0.00 | 0.00 |
| 016 | ECAST SETTLEMENT CORPORATION | 458.38 | 458.38 | 0.00 | 0.00 |
| 017 | LVNV FUNDING LLC | 2,464.39 | 2,464.39 | 0.00 | 0.00 |
| 019 | ASSET ACCEPTANCE CORP | 2,001.72 | 2,001.72 | 0.00 | 0.00 |
| 020 | BROOKE ROAD AUTO | 0.00 | 90.00 | 0.00 | 0.00 |
| 021 | AFNI/VERIZON | 128.07 | 128.07 | 0.00 | 0.00 |
|  | Total Unsecured | 8,970.99 | 9,060.99 | 0.00 | 0.00 |
|  | Grand Total: | 30,816.25 | 30,816.13 | 2,346.40 | 191.18 |

Total Paid Claimant:      $2,537.58
Trustee Allowance:        $162.42
Percent Paid Unsecured:   0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Lydia S. Meyer
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 09/28/2007          By  /s/Heather M. Fagan